UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JEFFREY L. PELKEY,

          Petitioner,

v.                                                                                          9:04-CV-0300
                                                                                            (GTS/VEB)

R.A. GIRDICH,

          Respondent.
_____

APPEARANCES:                                                OF COUNSEL:

JEFFREY L. PELKEY, 00-A-4448
  Petitioner, *Pro Se*
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458

HON. ANDREW M. CUOMO                                        PRISCILLA I. STEWARD, ESQ.
Attorney General for the State of New York                  Assistant Attorney General
  Counsel for Respondent
120 Broadway
New York, NY 10271

HON. GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

     Jeffrey L. Pelkey ("Petitioner") brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. (Dkt. No. 1.) By Report-Recommendation dated January 5, 2009, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that the petition be denied and dismissed, and that a certificate of appealability not be issued. (Dkt. No. 53.) Petitioner has not filed any objections to the Report-Recommendation within the time allotted. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); N.D.N.Y. L.R. 72.1(c); Fed. R. Civ. P. 6(a)(2), (d). Based upon a careful review of the entire file and the recommendations of Magistrate Judge

Bianchini, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. *See* 28 U.S.C. § 636(b)(1).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Bianchini's Report-Recommendation (Dkt. No. 53) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Petitioner's petition (Dkt. No. 1) is **DENIED** and **DISMISSED** in its entirety; and it is further

**ORDERED** that a Certificate of Appealability will not be issued; and it is further

**ORDERED** that the Clerk of the Court shall enter judgment accordingly and close the file.

Dated: January 28, 2009
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge